|   |   |
|---|---|
| LINDA GLOVER, | No. C 09-03922 JCS |
| Plaintiff, | **ORDER REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| FREMONT INVESTMENT AND LOAN, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff has filed a "Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge."  Plaintiff previously filed a "Consent to Proceed Before the Magistrate Judge."  *See* Docket No. 5, dated September 3, 2009.  Plaintiff's consent cannot be withdrawn without a proper showing.  *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993).  This matter shall proceed before Judge Spero.

IT IS SO ORDERED.

Dated: October 21, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge