BUCHALTER NEMER
A Professional Corporation
   MIA S. BLACKLER (SBN: 188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: mblackler@buchalter.com

Attorneys for Defendant
FREMONT REORGANIZING CORPORATION
fka FREMONT INVESTMENT & LOAN,
erroneously sued as FREMONT INVESTMENT
AND LOAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA GLOVER,<br><br>       Plaintiff,<br><br>vs.<br><br>FREMONT INVESTMENT AND LOAN, A CALIFORNIA CORPORATION, DEUTSCHE BANK NATIONAL TRUST CO., A CALIFORNIA CORPORATION; AND DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF SEPTEMBER 1, 2006, GSAMP TRUST 2006-FM2; AND DOES 1-10, INCLUSIVE,<br><br>       Defendants. | Case No. C09-03922 JCS<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT DECEMBER 11, 2009 CASE MANAGEMENT CONFERENCE AND MOTIONS TO DISMISS**<br><br>(Local Rule 16-10(a))<br><br>Hearings and Conference: Dec. 11, 2009<br>Time: 10:30 a.m.<br>Courtroom A – 15th Floor<br>Judge: Mag. Judge Joseph C. Spero |

Pursuant to Local Court Rule 16-10(a), Defendant Fremont Reorganizing Corporation fka Fremont Investment & Loan, erroneously sued as Fremont Investment and Loan ("Fremont") hereby requests that its counsel, Mia S. Blackler, be permitted to appear telephonically at the December 11, 2009 case management conference and motions to dismiss. The reason for this request is that Ms. Blackler is most familiar with this litigation, she is lead counsel for Fremont in this litigation, and she will be out of state on December 11, 2009.

Respectfully submitted,

DATED: December 7, 2009  BUCHALTER NEMER
A Professional Corporation

By: /s/ Mia S. Blackler
MIA S. BLACKLER
Attorneys for Defendant
FREMONT REORGANIZING
CORPORATION fka FREMONT
INVESTMENT & LOAN, erroneously
sued as FREMONT INVESTMENT
AND LOAN

IT IS HEREBY ORDERED that counsel shall provide a landline contact phone number to Karen Hom, Courtroom Deputy, at 415-522-2035, by December 9, 2009. The Court will initiate the phone contact.
IT IS SO ORDERED.

Dated: 12/8/9

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA